## Commonwealth *v.* Riddick, Appellant.

Argued June 14, 1968. *Mark S. Refowich*, with him *Thomas J. Maloney*, for appellant;

*A. Goodman,* Assistant District Attorney, with him *Michael V. Franciosa,* First Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.